**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

August 11, 2026

Tonya Frazier
518 Lafayette Boulevard
Wilmington, DE 19801

Claudetta Frazier
607 N. Washington Street
Milford, DE 19963

Re:   *Tonya Frazier v. Michael Frazier and Claudetta Frazier,*
C.A No. 2025-0431-CCB (KSJM)

Dear Parties:

This decision resolves the exceptions filed by Claudetta and Michael Frazier to Magistrate Brittingham's Final Report[1] and resolves Claudetta Frazier's emergency motion for a temporary restraining order and other relief.[2]

The Magistrate found that Clyde Frazier Sr.'s 2019 will is valid and enforceable. I appreciate the parties' clear presentations during the July 7, 2026 hearing on exceptions. I have reviewed the parties' arguments and considered the facts and law *de novo*, as I must under Delaware law.[3] I have also carefully studied the Magistrate's factual and legal rulings and agree with them all. Repetition of her analysis within this decision is unnecessary. I adopt the Magistrate's clear and

---

[1] This decision cites to: C.A. No. 2025-0431-CCB docket entries (by docket "Dkt." number); the Final Order, Dkt. 37 ("Final Order"); and the hearing transcript, Dkt. 57 ("Hr'g Tr."). This decision refers to the parties by their first names to distinguish them. No familiarity or disrespect is intended. Also, I understand that Michael has recently passed away and I offer my deepest condolences.

[2] Dkts. 40, 60.

[3] *See DiGiacobbe v. Sestak*, 743 A.2d 180, 184 (Del. 1999) (requiring *de novo* review).

thorough statement of the factual background as presented during the February 9, 2026 evidentiary hearing,[4] overrule the exceptions, and adopt the Final Order in full.

The motion for a temporary restraining order and other relief is also denied. This action is limited to the enforcement of Clyde Frazier Sr.'s 2019 will. If Claudetta intends to pursue the relief she seeks in that motion, she will need to file a separate action.

IT IS SO ORDERED.

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Chancellor

---

[4] Hr'g Tr. (setting out the factual and procedural background).